# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

137109-10 & (70)(71)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MIDLAND COGENERATION VENTURE
LIMITED PARTNERSHIP,
          Plaintiff-Appellant,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY, DIRECTOR OF THE
MICHIGAN DEPARTMENT OF
ENVIRONMENTAL QUALITY,
and CHIEF-AIR QUALITY DIVISION
OF THE MICHIGAN DEPARTMENT
OF ENVIRONMENTAL QUALITY,
          Defendants-Appellees,

and

THE DETROIT EDISON COMPANY
and CONSUMERS ENERGY COMPANY,
          Intervening
          Defendants-Appellees.

SC: 137109-137110
COA: 282716, 282729
Midland CC: 07-002575-CE

_____/

        On order of the Court, the application for leave to appeal the July 8, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay and other relief is DENIED. The motion for immediate consideration of that motion is GRANTED.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

Clerk

l0120